*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★  ★ ★ ★

## MEMORANDUM OPINION

No. 04-08-00399-CR

**IN RE** Jesse **MENDEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Alma L. López, Chief Justice
               Karen Angelini, Justice
               Rebecca Simmons, Justice

Delivered and Filed:   July 2, 2008

PETITION FOR WRIT OF MANDAMUS DENIED

Relator Jesse Mendez has filed a pro se petition for a writ of mandamus asking this court to compel the trial court to "set-aside with prejudice" four "pending criminal felony indictments due to excessive delay." Relator asserts his right to a speedy trial has been violated. Trial court records show relator is represented by counsel. Relator is not entitled to hybrid representation. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995); *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981); *Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.]1994, orig. proceeding). Accordingly, the petition is denied.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause Nos. 2006-CR-3125, 2006-CR-3128-B, 2006-CR-6116, 2006-CR-6117-A, styled *State of Texas v. Jesse Mendez*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Catherine Torres-Stahl presiding.